

Google LLC  
1600 Amphitheatre Parkway

USLawEnforcement@google.com  
Mountain View, California 94043

# CERTIFICATE OF AUTHENTICITY

I hereby certify:

1. I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3. Google provides Internet-based services.

4. Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *GAVINPRIVATE96@GMAIL.COM,* with Google Ref. No. 5640648 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Grand Jury Subpoena.

5. The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6. The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


\_\_\_/s\_Nina Stricklen_____  
(Signature of Records Custodian)

Date: April 9, 2021

Nina Stricklen  
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

## Attachment A: Hash Values for Production Files (Google Ref. No. 5640648)

gavinprivate96@gmail.com.426018443926.GoogleAccount.SubscriberInfo_001.zip:

MD5- d4265aa1d347d826a29761120eabbc0d
SHA512-
0d402a7c5a6312b37677699306f349ffdf6ae0372abcc6b3b2875220df901b29f3af89f25d8fba8d87
3eb2cd00a2dee4fe0a30d5489cdcaa39e927f3b3f827f9

gavinprivate96@gmail.com.426018443926.GooglePay.CustomerInformation_001.zip:

MD5- 79af6fa87e410852ed8f558a42cf9d00
SHA512-
d8ad0e1c7b022efc2db7e6c1ed500fd355ce67cb68938aa2ad44ac9d4508b7728e448880882f32741
0475bb92c4e27b7b11d0cbf1e923aadba909f086dca922e