# CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *GAVINPRIVATE96@GMAIL.COM,* with Google Ref. No. 5911737 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result.  The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Albert Sanchez_____          Date: 05/22/21
(Signature of Records Custodian)


        Albert Sanchez
(Name of Records Custodian)

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

**Attachment A: Hash Values for Production Files (Google Ref. No. 5911737)**

gavinprivate96.Chats.Preserved.zip:

MD5- 151d41c7cb63c198a9cb530d3d0a172f
SHA512-
e795358fa4cd7c450084e5c0931c2b3862889ab237a87a4e1dbe4be10c48951895a08879bc7944dc
655e06a389baae6723cbb96c108d580d7c9adf420dbcbcb7

gavinprivate96.Drive.Metadata.Preserved.zip:

MD5- 255e3da3a9fc6e87420b4bb33c08ab0d
SHA512-
62057ac920f06af721ccacd50a9c5db60210a3ab47a5b0fedd08947fe2f148be9cfd74ba2a5d2eccbe0
93454599e74b6bfd85cb9cdef47a2c009ccd093a30e2d

gavinprivate96.Drive.Metadata.zip:

MD5- 120eb9a44f83b2ad7a449b641165b3a7
SHA512-
45c6c024119a802d471580a0d7b1fe2193c9743e508141fe136bce9132412f04f9d55bec74535bd82
7374730ce64a20fbe9d75a8f5f0c25228db64b031405036

gavinprivate96.Drive.zip:

MD5- d4777568652c0213033a98ff63d73f58
SHA512-
76d8bc740c7f352a9cc53762414accf330914e07bbacda2e7a82f656cbe639fa3817a7f644d97d352f
89467a47574d695224a54be9d93ee1febee11f28b4855d

gavinprivate96.Drive_001.Preserved.zip:

MD5- 7c95a19d1a6db2dffaa37ca131e9adfc
SHA512-
22de7862d81539e3207b9df36f687dd56c5636cd237ec633a0c4df45b71ae2724e01a1b267230d2cf
259477a6dfd3c3e5f29e91078e38ab33b6f4f1fd667f804

gavinprivate96.Drive_002.Preserved.zip:

MD5- 701ec247e9df90e4bbc5c70145b63241
SHA512-
63c382f50f4336c73328e7ea7a224c8392943385b204a016e5aca39154f9eb437aba68ebf35ac703fc
080dbdba1f5202734e7af7a70d1c16ffe3a359c17f04ea

gavinprivate96.Gmail.Contacts.Preserved.vcf:

MD5- 074ce243b6edf8783217e06a48e3d6d2
SHA512-
80cb7ad872da1495f3909d250852ab7e13cd54df07cffd55a33df6233ca74ac89671f9691afb4eb1b5
f40342958942a35c36c5cfc0858e278173eb56a479a220

gavinprivate96.Gmail.Contacts.vcf:

MD5- f66a253ff1b3b99f61b27a92f593e9a8
SHA512-
ca1a74b81f2c56a4fccb6c4d592dd323a807ad2d978157bd44798227bf9eabd74c937d680a7f43016
99cb7a899c5bca43e58a64ce3dc43a2de3bebb025fc8fe1

gavinprivate96@gmail.com.426018443926.Calendar.Calendars_001.zip:

MD5- 9ecea08684ed164f3b8d250482657e43
SHA512-
71429a45c479ccd29d27ea4c5fdc5afeae40b72ce0daaeb38cc4cea0db21c57a05e9bf4c1d3b5481bf
3d77ab68c3d54b7fa70c930bad371185c49356132af5ab

gavinprivate96@gmail.com.426018443926.DriveMobileBackups.Backup_001.Preserved.zip:

MD5- 7bbe1c99d92b9da78b8352bf3f7a6287
SHA512-
eade88418b0f4fce724913f91718089c06fb235ec8a01e5af8ae0bd445c9e09c4464e008dca7d6ac00
54d171c9fa156969d37170dbef539859dd6e5dfe34961a

gavinprivate96@gmail.com.426018443926.DriveMobileBackups.Backup_001.zip:

MD5- 0ca90b72c86ffff79c1671f0205bea86
SHA512-
e1425ba53cfff8ac12bcdf13cfcd7d937b9cb49b73234535571bed1dc049fdae67f88beaafb8ccf24b6
14b27e3454d44bbfc3ca231dc0e16842402e65faa6633

gavinprivate96@gmail.com.426018443926.GoogleAccount.SubscriberInfo_001.zip:

MD5- 1a64510e0ddd505add8905fba1d7b112
SHA512-
7fbf37d958bc63d1ae76c0a1576caf9d06fbe36abf3d4c9cc60f94632a128296e928cbff535afcc2123
96207120c6eb81e8084b6133ee9e419e2936ed682e163

gavinprivate96@gmail.com.426018443926.GoogleChat.GroupInfo_001.Preserved.zip:

MD5- 7c1d8e87137ef720e89a151648e4ee5b
SHA512-
3f5b2610a341e4221e49751ee3275b5491c164b080505c0bbc79d6b09263922d820b7c71f8b5be7e
07b1235d23b58739a27d55bcb39686e13677982ff1600aba

gavinprivate96@gmail.com.426018443926.GoogleChat.GroupInfo_001.zip:

MD5- f923f1b0ca839c4d5d6bb1b0f077ee3b
SHA512-
63a12093e70201362af6348dd936bc7ecccb474999fc3b3ae6adfd9813bb053cfe40ffb6ef0023499d
e11a88d4c9ad01fad8bcdd5b9370ea6cb62983d71444a4

gavinprivate96@gmail.com.426018443926.GoogleChat.GroupTasks_001.Preserved.zip:

MD5- b125c9c5b1435f5b51d9dc48d54b9cdd
SHA512-
f1f0bf399d3eea1ed9cd8fada7636f858989130e45a1e1b983c773b5a2bd15dd0928996c454f908b6c
05c8f7836f4d229d2f7a2a3e062a67efb81729a831cef1

gavinprivate96@gmail.com.426018443926.GoogleChat.GroupTasks_001.zip:

MD5- 74c4b96fca3e4ffdb197328846b93948
SHA512-
4b5ede6f767b274fa6a59042468ad7521a3909d209f79436bc3e8ce8fc0221ef56aff0902159caae57
36ecdc2ceed11a14c720cd37c2d1ad5c04bc08dc56e42b

gavinprivate96@gmail.com.426018443926.GoogleChat.Messages_001.Preserved.zip:

MD5- 6795d2ca0566361d24be485619f2a9d4
SHA512-
8c31aa8ba33bd1b17ca0d8deea8549d44c288965477b7c4da4e5f56bc9030771e877be766e7f0936d
ace32149010d1d3048885d57a3a4ba5a7510bbfa272b485

gavinprivate96@gmail.com.426018443926.GoogleChat.Messages_001.zip:

MD5- 7ac75d31386ebd4bc947b46a75b07457
SHA512-
df26bd27acfd6eb40e887f4a7122e50449c18cb0a7dc2566bfc69d584651a80aad67b51bb8cc2bc9e
28146f9825564a181132dffeb16294153a46dc3c0ed85d0

gavinprivate96@gmail.com.426018443926.GoogleChat.UserInfo_001.zip:

MD5- 0888f0c13c573b1655e33657a826774b
SHA512-
7efce7c8074a9a888a0de3fa1d6288b614c9219142278894ade6f1322db5aebfc6b2c716d986738a4
6e1b48f2a3038183fbdf006c0dfe7c5ff3ca39d843a2a77

gavinprivate96@gmail.com.426018443926.GooglePay.CustomerInformation_001.zip:

MD5- da61762a6d3a8aa9ca30f354de17fd32
SHA512-
3eb4c6ac3658ba60a791ce0451180726d5675c67002f18a267b2f567ae05aecd0881f439d5355c4b9
ad4eb5b953bf28cebd030089005a72b558f237ee17f9231

gavinprivate96@gmail.com.426018443926.GooglePhotos.PhotoResource_001.001.zip:

MD5- 0e1a18429d4c06316656bd319fe93fe8
SHA512-
92ea1da50d95af9012cebbacd260ef12a521a817018ee50335cf0691598b0ab4d6de0676be31155b42
dffa409ebd96e1f5e52a9637a8df7f626a420356931ce39

gavinprivate96@gmail.com.426018443926.GooglePhotos.PhotoResource_001.Preserved.zip:

MD5- 1083bad15b92f671d672852c85002f3c
SHA512-
ca458d1485c468f309fd61e4421dde907377670ee494e92eec79e8c56cc02726048f29982376257ee
e6c1fb98d9d7fc68eb74aa242221b58d8426c02615d6e9b

gavinprivate96@gmail.com.426018443926.GooglePhotos.PhotoResource_002.001.zip:

MD5- a86c9957d98b1688d759f59ab3d18af3
SHA512-
345380848f5fedd2bd24ff560dad62068ce6d33e82c95706b693549470930afe406294d400cf90770
401b862d280f54cae3eaab5a723ef3e6a480e0c19648f07

gavinprivate96@gmail.com.426018443926.GooglePhotos.PhotoResource_002.Preserved.zip:

MD5- dce521c4358cc37c056d8a731325cd64
SHA512-
3933b52bd45cbd53305e01fb7a8bd0ec49eb6424a8fa43de32755456035a2758032d42658f65e95b
3f740587e0b7c2c4b05e54f1634ba77f67dec68a42e6e971

gavinprivate96@gmail.com.426018443926.GooglePhotos.PhotoResource_003.001.zip:

MD5- 46a65e25ad2f4ea5abeb5aa4ed82872c
SHA512-
72ea1c15d455981dcfe4164a23a5068251b9dce08094a46e638444a531c79fc44682996987459be0
ba03cae60512d9315fbc041fc5d74d50ad74805d41b18bf0

gavinprivate96@gmail.com.426018443926.GooglePhotos.PhotoResource_003.Preserved.zip:

MD5- 4e5f8090de95e066b1a87c45121c9a7d
SHA512-
28f38f4c898b77760f22cd6d8553da23503726f3b7fb310bbbd41a48335cc13999854b8d6f95c332c
9130674ba83cb3893c3cf64059c82567721d7f4f9abebdb

gavinprivate96@gmail.com.426018443926.GooglePhotos.PhotoResource_004.001.zip:

MD5- 1867cc9839afb5b32fbcdd6bdb3817ba
SHA512-
e6f572bdbd8f122f5df17b338abbde69043d83f0a523d151de2413ad0510b305a850f962fb73e4e87
48af7604d29787024b929e2ebaba40790157c68f3ad8a2a

gavinprivate96@gmail.com.426018443926.GooglePhotos.PhotoResource_004.Preserved.zip:

MD5- a154b5b8de4b62d69688f40c04b3070e
SHA512-
c377ad7d7fc036603f2579a65f68473d60fd3e7715c93db963e9e35a843c1b2521e89912b4c22dc21
8d516f0c55fe1389942d4f62c32dc507a840dbe4242b22c

gavinprivate96@gmail.com.426018443926.GooglePhotos.PhotoResource_005.001.zip:

MD5- 69760aab5f48a2f4850b32a7d7d1700b
SHA512-
73bc6f0914feab754d4bf5c769b75a68cabe5ee273fcf1519619fc8a39a0a1e129ed83fec07c1ff8c0aa
ac752d4a2ca82dc8c50f94c6ad8bdd7aba02499de0a9

gavinprivate96@gmail.com.426018443926.GooglePhotos.PhotoResource_005.Preserved.zip:

MD5- 93fcd449366826189c59932aa1c63b89
SHA512-
6253bfd7de464523cb61396b973cc49e0f90d895137c55c284012b82d884ce021fd42cbfab343f3ee
885e33bc41b80b98587288bf0a8291e86a2d74be22e175c

gavinprivate96@gmail.com.426018443926.GooglePhotos.PhotoResource_006.001.zip:

MD5- cc78690c3eff20119f713d7ea3f212bd
SHA512-
22ab35067e476a377ea5bd1c441521467af630d06b83c6eea126ecda8a3e06a7a6f9a8bfc2b723991
14eb52db2cebeff4b4c1a28933c3ffa0dbf59e15e4659b8

gavinprivate96@gmail.com.426018443926.GooglePhotos.PhotoResource_006.Preserved.zip:

MD5- 443c38dab53f9698fc385adc53fb4330
SHA512-
2a81b8c66b645a15e635023a24e85e57889246458dd6be9a9c8ede59d899a478e1efe8b30a5c2c140
7decaf56adac0cd0a97b6077e642c0652c88469dffcfbc3

gavinprivate96@gmail.com.426018443926.GooglePhotos.PhotoResource_007.001.zip:

MD5- 16ac0d7d9b2690560537753314b0f6cb
SHA512-
36b5be747e26c1aeea3f891933c12398956a96c5b42f616e4c2e3122f800599f6cb13faf5116509678
5a70efe52e3af3f95cd30fdf8056dfb7935a8c51da9941

gavinprivate96@gmail.com.426018443926.GooglePhotos.PhotoResource_007.Preserved.zip:

MD5- 85ef3cfe239588852b52ad9b3a8d1e3c
SHA512-
0d3516e77ac7435b25940ccea564d8452eefc6681a9b347166fc8c42683fafc72e1678849d46412fd8
40c86618781c7510bf52effa31fe0e15fb36461dd74e2a

gavinprivate96@gmail.com.426018443926.GooglePhotos.PhotoResource_008.001.zip:

MD5- 73cccc95966447482170e738d8d50c38
SHA512-
098577304066a2163e93263ce28e6f0f7d2255a706626f96b216c180d4de359339a80381ceb7d92b
17fcbff20036b475c92bd448bf9eb7ecf6a31fbbd0f2f06f

gavinprivate96@gmail.com.426018443926.GooglePhotos.PhotoResource_008.Preserved.zip:

MD5- eb9f584a0dcda620d1b5faf51cd59139
SHA512-
39fc942b2812a1b3481cb6b2302a7a6d6de20ed6c143a88274b06b98f66dd39e6ee2fa38a84b911e5
6a3e51b4180769afbbc325ebd185a0a7e3eae7fb5b25214

gavinprivate96@gmail.com.426018443926.GooglePhotos.PhotoResource_009.Preserved.zip:

MD5- 1e315741006f7e9e0ac752d2300bb97e
SHA512-
6d52570cabc6dce33ad784f25ee5458716127361cb824febf4aebecb763e820625d959b98d9447769
09b2754b3c21d8c10a7204a1db69f8b13520e4e4430fb4d

gavinprivate96@gmail.com.426018443926.Hangouts.ContentAndMetadata_001.zip:

MD5- 54bc59099533e553419694190bfd8414
SHA512-
38fd323f2f50c58424e4ee3c68b218c974edab17ae3f880acb7109a5eadb597e13dbe366e1096818dc
99aeb31d84193b8f0939cc568b6e6735d1f354d2926df4

gavinprivate96@gmail.com.426018443926.Preserved_001.Calendar.Calendars_001.zip:

MD5- 40337bdd0150d894c19f60b2b4317b96
SHA512-
dd440a5ac8a64a1ac06e837c9abf0dd9273f09028a92a81619dcbbad11782a11ab3552c2551c114fb
cf735ff520228c68d8f7a9ce340fd4be59f721b880d1577

gavinprivate96@gmail.com.426018443926.Preserved_001.GoogleAccount.SubscriberInfo_001.z
ip:

MD5- 5b38a0da84378d817927527a0309e3ee
SHA512-
59f20822f340ede3f1137968a6c6d5a68cfeeff414c250478822415a4d82bbfb04b94da38fa82ecb14
4a981d46d324ec41fd4e3d13760e206bc9c725a1bd584b

gavinprivate96@gmail.com.426018443926.Preserved_001.GoogleChat.UserInfo_001.zip:

MD5- 9cbaa1e8fe28596cb72fd8f132e7b902
SHA512-
8d8cb6e601d1b122f7264f96f645088e21ea34dac4f029e017369c95d33ca17a732b5983ed8b5f4e8
45110c39966571102349b4e944c53da35903e60f8136a74

gavinprivate96@gmail.com.Gmail.Content.Preserved.mbox:

MD5- 223a57f53beb967e56772e06823722cc
SHA512-
d4f556d4f7d92f0b92026f687f7bc15b5b9d4ac27d96c82f17d8f4f9e29102f0f15ecc66f03e64f9f06
1986b5b2188ef54883c267f27e744e8a4ba1bfe2ace6e

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



USLawEnforcement@google.com

www.google.com

gavinprivate96@gmail.com.Gmail.Content.mbox:

MD5- 20cc5cec9b506c076295475792193a5c
SHA512-
81aac803456f9c5ffe1c13f21b6ddcd2bed6045ed80f867db888b357745f76335488747b87656139d
04e79809ee15607e9b67011694545e58a2d7b0e17b8eef5