**FILED**
July 03, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JH_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:22-CR-00219(1)-FB |
| | § | |
| (1) Gavin Blake Davis | § | |

## ORDER

Before the Court is Defendant's Motion for Appointment of Standby Counsel, docket number 598. After review of the Motion it is the Court's opinion it should be and is **DENIED.**

IT IS SO ORDERED this 3rd day of July, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE